UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J K, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KENTFIELD SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 22-cv-04875-AGT<br><br>**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT**<br><br>Re: Dkt. No. 49 |

Plaintiffs filed an administrative motion (Dkt. 49) seeking, retroactively, to exceed the 25-page limit for their amended memorandum of points and authorities in support of their motion for summary judgment (Dkt. 48-1). Defendant opposes the administrative motion. Dkt. 50.

The Court grants plaintiffs' administrative motion. In order to address any prejudice, defendant's opposition to plaintiffs' motion for summary judgment may exceed the 25-page limit by 1 full page plus 5 lines of a second page not including the signature block. Complying with this District's Civil Local Rules is not optional, and the Court expects that any future submissions will be in compliance.

**IT IS SO ORDERED.**

Dated: January 23, 2024

Alex G. Tse
United States Magistrate Judge